Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2023 NOV -2 AM 8:32
CLERK U.S. DISTRICT
CENTRAL DIST OF CALIF
LOS ANGELES
BY: CMO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

Guillermo Zambrano
USMS# _____
DEFENDANT

CASE NUMBER: 2:23-cr-00524-DMG

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/01/23 at ____ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC 846; 18 USC 1956(h); 18 USC 371, 1960.

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: SPANISH

7. Year of Birth: 1983

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: FERNANDO BASULTOS

10. Remarks (if any): _____

11. Name: SCOTT GUERRERO (please print)

12. Office Phone Number: 323-326-6767   13. Agency: DEA

14. Signature: _____   15. Date: 11/02/23

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION