UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:23-cr-00524-DMG-5  Date: 11/2/2023

Present: The Honorable: Patricia Donahue

Interpreter: Javier Villalobos   Language: Spanish

| Isabel Verduzco | CS 11/2/2023 | Shemitz, Julie J. |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody          Attorneys for Defendants:  ✓ Present  CJA

Guillermo Zambrano                                    Targowski, John

**Proceedings: Arraignment of Defendant and/or   Assignment of Case   Appointment of Counsel**

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Javier Villalobos; Language: Spanish
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Dolly M. Gee.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/2/2024 8:30 AM; Pre-Trial Conference: 12/20/2023 2:30 PM
* The government is ordered to turn over any discovery within two weeks after PIA. If there are any problems regarding discovery, counsel are to file a joint report within one week of the discovery deadline, or request for a status conference. Judge Gee is located in 8C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA   PSAED   PSASA          Appointment of Counsel: :
    ✓ USMLA   USMED   USMSA        Arraignment: 00 : 02
    Statistics Clerk  ✓ Interpreter
    ✓ CJA Supervising Attorney   Fiscal   Initials of Deputy Clerk: IV by ER