## United States Probation & Pretrial Services

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
11/29/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No:   8763631

### Passport Receipt

| | |
|---|---|
| Defendant Name: | Guillermo Zambrano |
| Name on passport, if different: | Guillermo Jose Orduz Zambrano |
| Country of Origin: | Venezuela |
| Date passport issued: | 6/3/2012 |
| Expiration date of passport: | 6/2/2017 |

Ordered by court in the Central District of California or Southern District of California

Docket Number:   2:23-CR00524-5

Guillermo Zambrano
_____
Surrendered By

Anita Navarro_USPO
_____
Received By

11/16/2023
Date

11/16/2023
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned
Address (if mailed)