E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:** **11/5/24; 3/25/2025** **PROPOSED TRIAL DATE:** **5/19/2025** |

Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Julie J. Shemitz, and
defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both
individually and by and through his counsel of record, Zaura
Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through
his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,
both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3  individually and by and through his counsel of record, Louis J.

4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6  and through his counsel of record, John Targowski; LUIS BELANDRIA-

7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9  individually and by and through his counsel of record, Michael D.

10 Walsh; JIAYUNG YU, both individually, and by and through his counsel

11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12 and through his counsel of record, Edward M. Robinson; XUANYI MU

13 ("MU"), both individually and by and through his counsel of record,

14 Donald M. Matson; SHOU YANG, individually, and by and through his

15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16 individually, and by and through his counsel of record,      OSCAR

17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19 ROBLES"), both individually and by and through his counsel of record,

20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22 individually, and by and through his counsel of record, Peter

23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25 and by and through his counsel of record, Kevin Gres, hereby

26 stipulate as follows:

27

28

1  1. On April 4, 2024, a grand jury for the Central District of
2 California returned first superseding indictment as to both <u>United</u>
3 <u>States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u>
4 Initial appearance and arraignment for defendant CHENGWU HE has been
5 set for August 22, 2024.

6  2. The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7 trial commence on or before August 20, 2024.

8  3. Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9 GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10 district.

11  4. All defendants who have appeared in this district have been
12 released on bond pending trial.

13  5. The parties estimate that the trial in this matter will
14 last approximately three weeks.  All defendants are joined for trial
15 and a severance has not been granted.

16  6. By this stipulation, the parties move to continue the trial
17 date to and the status conference to October 21, 2025 and the status
18 conference to October 8, 2025.

19  7. Defendants request the continuance based upon the following
20 facts, which the parties believe demonstrate good cause to support
21 the appropriate findings under the Speedy Trial Act:

22   a. Counsel for defendants represent that they have
23 various prior obligations and trial conflicts as set out in Exhibit A
24 hereto. Counsel for defendants also represent that additional time is
25 necessary to confer with their defendants, conduct and complete an
26 independent investigation of the case, conduct and complete
27 additional legal research including for potential pre-trial motions,

28

3

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6        b.   Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9        c.   The government does not object to the continuance.

10        d.   The requested continuance is not based on congestion

11  of the Court's calendar, lack of diligent preparation on the part of

12  the attorney for the government or the defense, or failure on the

13  part of the attorney for the Government to obtain available

14  witnesses.

15     8.   For purposes of computing the date under the Speedy Trial

16  Act by which defendants' trial must commence, the parties agree that

17  the time period of January 2, 2024 to October 21, 2025, inclusive,

18  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20  continuance granted by the Court at defendants' request, without

21  government objection, on the basis of the Court's finding that:

22  (i) the ends of justice served by the continuance outweigh the best

23  interest of the public and defendant in a speedy trial; (ii) failure

24  to grant the continuance would be likely to make a continuation of

25  the proceeding impossible, or result in a miscarriage of justice; and

26  (iii) failure to grant the continuance would unreasonably deny

27  defendant continuity of counsel and would deny defense counsel the

28

1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.

3 |      9.    Nothing in this stipulation shall preclude a finding that
4 | other provisions of the Speedy Trial Act dictate that additional time
5 | periods be excluded from the period within which trial must commence.
6 | Moreover, the same provisions and/or other provisions of the Speedy
7 | Trial Act may in the future authorize the exclusion of additional
8 | time periods from the period within which trial must commence.

9 |      IT IS SO STIPULATED.
| Dated: August 5, 2024            Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
JULIE J. SHEMITZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than _____
is an informed and voluntary one.

_____          _____
ZAIRA VILLAGOMEZ                            Date

5

Attorney for Defendant
EDGAR MARTINEZ-REYES

     I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES                          Date
Defendant

### CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER                                   Date

6

1    I am SAI ZHANG's attorney. I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____        _____
   RUEVEN L. COHEN                          Date
9  YOUNGBIN SON
   Attorneys for Defendant
10 SAI ZHANG

11

12
        This agreement has been read to me in Mandarin, the language I
13
   understand best, and I have carefully discussed every part of it with
14
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025.  I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____        _____
   SAI ZHANG                                Date
21 Defendant

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Mandarin languages. I accurately translated this entire

25 agreement from English into Mandarin to defendant SAI ZHANG on this

26 date.

27 _____        _____
   INTERPRETER                              Date
28
                        7

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3  every part of this stipulation and the continuance of the trial date

4  with my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025, is an

8  informed and voluntary one.

9  _____    _____
   ROBERT M. HELFEND                   Date
10 Attorney for Defendant
   BERNARDO MAUBERIS
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____    _____
   BERNARDO MAUBERIS                   Date
21 Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25 English and Spanish languages.  I accurately translated this entire

26 agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27 this date.

28

```
_____          _____
INTERPRETER                               Date
```

I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
_____          _____
LOUIS J. SHAPIRO                          Date
Attorney for Defendant
PANYU ZHAO
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
_____          _____
PANYU ZHAO                                Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
_____        _____
INTERPRETER                          Date
```

I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

```
_____        _____
CHARLES C. BROWN                     Date
Attorney for Defendant
RAUL CONTRERAS
```

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

```
_____        _____
RAUL CONTRERAS                       Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

10

| | |
|---|---|
| INTERPRETER | Date |

I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

| | |
|---|---|
| JOHN TARGOWSKI | Date |
| Attorney for Defendant | |
| GUILLERMO ZAMBRANO | |

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

| | |
|---|---|
| GUILLERMO ZAMBRANO | Date |
| Defendant | |

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

```
INTERPRETER                                    Date
```

    I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
MICHAEL D. WALSH                               Date
Attorney for Defendant
HANG SU
```

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
HANG SU                                        Date
Defendant
```

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____
   MATTHEW J. LOMBARD                         Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
   OSCAR EDUARDO MAYORGA                       Date
20  Defendant

21

22                   **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____          _____
   INTERPRETER                                Date
28

                                  18

1    I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5

_____            _____
INTERPRETER                                     Date

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____          _____
INTERPRETER                                Date

     I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
SHOU YANG                                  Date
Attorney for Defendant
ROBERT C. HSU

     I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
SHOU YANG                                  Date
Defendant

## CERTIFICATION OF INTERPRETER

INTERPRETER                              Date

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                         Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                              Date

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                       Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                               Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER                                          Date

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS                                     Date
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU                                           Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

1    I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8
_____          _____
EDVIN S. FLORES                              Date
9  Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO
10

11
    I have read this stipulation and have carefully discussed it
12
with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
agree to the continuance of the trial date, and give up my right to
14
be brought to trial earlier than October 21, 2025.  I understand that
15
I will be ordered to appear in Courtroom 8C of the Federal
16
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
2025 at 8:30 a.m.
18

19  _____          _____
VICTOR RODRIGUEZ-TRUJILLO                   Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26  TRUJILLO on this date.

27  _____          _____
INTERPRETER                                  Date
28

1  I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____            _____
   ROBERT BERNSTEIN                       Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES
10

11
12  I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____            _____
   VIDAL LICON-ROBLES                     Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____            _____
   INTERPRETER                            Date
28

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2 every part of this stipulation and the continuance of the trial date

3 with my client. I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8    _____              _____
     ANTHONY M. SOLIS                         Date
9    Attorney for Defendant
     LEOPOLDO BERNAL
10

11

12    I have read this stipulation and have carefully discussed it

   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19    _____              _____
     LEOPOLDO BERNAL                          Date
20    Defendant

21

                       **CERTIFICATION OF INTERPRETER**
22
23    I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

   agreement from English into Spanish to defendant LEOPOLDO BERNAL on
25
   this date.
26

27    _____              _____
     INTERPRETER                              Date
28
                                    21

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than October 21,

7    2025 is an informed and voluntary one.

8    _____        _____
     PETER JOHNSON                           Date
9    Attorney for Defendant
     JULIO ALEXANDER CABRERA
10

11

12    I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025.  I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   _____        _____
     JULIO ALEXANDER CABRERA                 Date
20   Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant JULIO ALEXANDER

26   CABRERA on this date.

27   _____        _____
     INTERPRETER                             Date
28

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
MICHAEL S. CHERNIS                 Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
JOSE ANTONIO PARDO                 Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____        _____
INTERPRETER                        Date

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____          8/9/24
   JIANDE ZHOU                         Date
10 Attorney for Defendant
   KEVIN D. GRES
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____          8/9/2024
   JIANDE ZHOU                         Date
21 Defendant

22

23               **CERTIFICATION OF INTERPRETER**

   I, __Yanyan Liu__, am fluent in the written and spoken
24
   English and Mandarin languages.  I accurately translated this entire
25
   agreement from English into Mandarin to defendant JIANDE ZHOUon this
26
   date.
27

28

08/09/2024

INTERPRETER                                    Date