1      I am SAI ZHANG's attorney. I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  
                                                                                                                    8/7/2024
9  RUEVEN L. COHEN                                           Date
   YOUNGBIN SON
10 Attorneys for Defendant
   SAI ZHANG
11

12
13     This agreement has been read to me in Mandarin, the language I
   understand best, and I have carefully discussed every part of it with
14 my attorney. I understand my Speedy Trial rights. I voluntarily
15 agree to the continuance of the trial date and give up my right to be
16 brought to trial earlier than October 21, 2025. I understand that I
17 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19
                                                                                                                    8/7/2024
20 SAI ZHANG                                                               Date
21 Defendant

                                        **CERTIFICATION OF INTERPRETER**
22
23     I, _____Yanyan Liu_____, am fluent in the written and spoken
24 English and Mandarin languages. I accurately translated this entire
25 agreement from English into Mandarin to defendant SAI ZHANG on this
26 date.

27         _yanyan liu_                                                 08/07/2024
   INTERPRETER                                                 Date
28