UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

| | |
|---|---|
| Case No. CR 23-00524-DMG(A)-5 | Date February 5, 2026 |
| Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE | Page 1 of 1 |

Interpreter: Jesus Rivera, Spanish language interpreter

| Derek Davis | CourtSmart | Jeremy Keller Beecher / Matthew Coe-Odess |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Guillermo Zambrano | ✓ | | ✓ | John Targowski, CJA | ✓ | ✓ | |

**Proceedings: Motion to Dismiss Case or in the Alternative Release Defendant from DHS Custody [562]**

    Cause called and counsel make their appearance. The Court invites counsel to respond to the tentative ruling. The Court and counsel confer. Following argument, the Court advises counsel that the motion is granted, and a written order will issue.

<u>0:11</u>

| | | |
|---|---|---|
| CR-11 | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk DD |